James V. G. Dubois, Appellant, *v.* The City of Kingston, Respondent.

(Argued December 15, 1881; decided January 17, 1882.)

Reported below, 20 Hun, 500.

*John E. Van Etten* for appellant.

*Charles M. Preston* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal. dismissed.